**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7694**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

CHARLES EDWARD O'NEIL, a/k/a Charles Edward Oneil, Jr.,
a/k/a Worm,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the Western
District of North Carolina, at Statesville.    Richard L.
Voorhees, District Judge.  (5:00-cr-00047-RLV-5)

_____

Submitted:  May 26, 2011         Decided:  May 31, 2011

_____

Before KING, SHEDD, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Edward O'Neil, Appellant Pro Se.  Amy Elizabeth Ray,
Assistant United States Attorney, Asheville, North Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Edward O'Neil appeals the district court's order denying his motion for a reduction of sentence filed pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and conclude the district court did not abuse its discretion in denying the motion. See United States v. Stewart, 595 F.3d 197, 200 (4th Cir. 2010). Accordingly, we affirm the district court's order for the reasons stated there. See United States v. O'Neil, No. 5:00-cr-00047-RLV-5 (W.D.N.C. Dec. 7, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED